# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLDO RODELO,
                                        Appellant,
                    vs.
BRIAN WILLIAMS, WARDEN,
                                        Respondent.

No. 78717

**FILED**

JUN 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. No final disposition was reached by the district court on the petition filed in district court case number A-18-779337-W. Rather, the district court transferred the petition to another department. Thus, the April 4, 2019, order is not a final order, and appellant's appeal is premature. *See* NRS 177.015(3) (appellant may appeal from a final judgment or verdict); *see also Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) ("[A] final order is one that disposes of all issues and leaves nothing for future consideration."). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.                    _____, J.
Stiglich                                         Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-25845

cc: Hon. Linda Marie Bell, Chief Judge
Arnoldo Rodelo
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk